**Dismissed and Memorandum Opinion filed March 27, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

————————

## NO. 14-12-00001-CV

————————

### RICHARD CHUBA, Appellant

### V.

### RIVERSIDE INN, Appellee

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-47535**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, appellant filed a *pro se* notice of appeal from a ruling on appellee's motion for summary judgment that had been scheduled for submission on December 12, 2011.[1]  Appellant also filed an affidavit of inability to pay the costs of the appeal.  *See* Tex. R. App. P. 20.1.  The Harris County District Clerk filed a contest to appellant's affidavit.  The Harris County District Clerk's office advised this

---

[1]  The documents provided by the Harris County District Clerk's office indicate that that no judgment had been signed as of January 3, 2012, when this appeal was assigned to this court.

court that the trial court sustained the contest to appellant's affidavit of indigence on February 3, 2012, and ordered appellant to pay the costs of his appeal.

No clerk's record has been filed. On February 24, 2012, the clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record. On February 28, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or otherwise responded to our notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.